Fieldbridge Associates, LLC, Respondent,
against
Blond Taylor, Appellant, and Ledner Taylor, Defendant.



Appeal from an order of the Civil Court of the City of New York, Kings County (Steven Z. Mostofsky, J.), entered May 20, 2015. The order denied tenant Blond Taylor's motion to vacate an income execution.




ORDERED that the.order is reversed, without costs, and the matter is remitted to the Civil Court for a new determination, following a hearing, of tenant Blond Taylor's motion to vacate the income execution.
After the execution of a stipulation of settlement in this nonpayment proceeding, a final judgment was entered on August 7, 2014 awarding landlord possession and the principal sum of $2,690.44. Thereafter, Blond Taylor (tenant) moved to vacate an income execution, alleging, among other things, that the security deposit had not been properly credited toward the amount owed to landlord. Landlord opposed the motion. By order entered May 20, 2015, the Civil Court denied the motion.
On appeal, tenant again contends that the security deposit in the sum of $975, and a payment by the Human Resources Administration (HRA) in the sum of $1,762, were not properly credited toward payment of the judgment.
Upon the record before us, we are unable to determine whether tenant was given credit for the security deposit or the alleged payment by HRA in the sum of $1,762. Accordingly, the order denying tenant's motion to vacate the income execution is reversed and the matter is remitted to the Civil Court for a new determination, following a hearing, of tenant's motion.
Aliotta, J.P., Pesce and Solomon, JJ., concur.
Decision Date: December 07, 2016